HERMAN GOELZ, appellant,

*v.*

BENJAMIN W. CARLOW, respondent.

[Argued March 27th, 1911. Decided June 19th, 1911.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevenson.

*Mr. William S. Sluhr,* for the appellant.

*Messrs. Lum, Tamblyn & Colyer,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed for the reasons stated in the opinion of Vice-Chancellor Stevenson.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, BOGERT, VREDENBURGH, CONGDON, SULLIVAN—11.

*For reversal*—None.